IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WEST, JR., 12066861, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-5217-O |
| CATHERIN ANDERSON, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's complaint is **DISMISSED** without prejudice.

**SO ORDERED** on this **26th day** of **February, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**